1 Sheri M. Thome, Esq.
Nevada Bar No. 008657
2 Steve Shevorski, Esq.
Nevada Bar No. 008256
3 **WILSON, ELSER, MOSKOWITZ,**
**EDELMAN, & DICKER LLP**
4 6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
5 Telephone: 702.727.1400
Facsimile: 702.727.1401
6 Email: Sheri.Thome@wilsonelser.com
Email: Steve.Shevorski@wilsonelser.com
7 *Attorneys for Defendants*
*Tony Rector and Turnberry Towers East-Unit Owners Association*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SONYA CLEMONS, an individual., | CASE NO. 2:24-cv-00546-MMD-EJY |
| Plaintiff, | |
| v. | **ORDER GRANTING STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| TONY RECTOR, an individual, TURNBERRY TOWERS EAST UNIT – OWNERS' ASSOCIATION, a Nevada Non-Profit Corporation; DOES I-V; and ROE ENTITIES VI-X, inclusive, | |
| Defendants. | |

Defendants Tony Rector and Turnberry Towers East-Unit Owners Association ("Defendants") and Plaintiff Sonya Clemons ("Plaintiff"), by and through their undersigned counsel of record, stipulate and agree that Plaintiff's complaint shall be dismissed with prejudice.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

298919301v.1

Plaintiff and Defendants shall bear their own attorney's fees and costs. No trial date has been set in this matter.

| | |
|---|---|
| DATED this 10th day of July, 2024. | DATED this 10th day of July, 2024. |
| **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP** | **FLANGAS LAW GROUP** |
| By: */s/ Steve Shevorski, Esq.*<br>Sheri M. Thome, Esq.<br>Nevada Bar No. 008657<br>Steve Shevorski, Esq.<br>Nevada Bar No. 008256<br>6689 Las Vegas Blvd. South, Suite 200<br>Las Vegas, Nevada 89119<br>Telephone: 702-727-1400<br>Facsimile: 702-727-1401<br>Sheri.Thome@wilsonelser.com<br>Steve.Shevorski@wilsonelser.com<br>*Attorneys for Defendants*<br>*Tony Rector and Turnberry Towers East Unit-Owners Association* | By: */s/ Gus W. Flangas, Esq.*<br>Gus W. Flangas, Esq.<br>Nevada Bar No. 004989<br>3275 S. Jones Blvd., Ste. 105<br>Las Vegas, NV  89146<br>Telephone: 702-528-1234<br>Email: gwf@fdlawlv.com<br>*Attorneys for Plaintiff*<br>*Sonya Clemons* |

**<u>ORDER</u>**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: July 12, 2024

-2-

298919301v.1